# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Michael Pooner** | * |
| *On behalf of himself and Others similarly situated* | * |
| | * |
|     **Plaintiff** | |
| | * |
| v. |     Case No. 1:18-cv-01736-SAG |
| | * |
| **Mariner Finance, LLC,** *et al.* | |
| | * |
|     **Defendants** | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement Agreement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**FURTHER ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**FURTHER ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make payment under the Settlement Agreement and Full and Final Release of Claims, Plaintiff's claims shall be **DISMISSED** with prejudice; and that the Clerk of the Court will **CLOSE** this case.

Date: August 18, 2020

_____
Hon. Stephanie A. Gallagher
U.S. District Judge
United States District Court for the District of Maryland

Serve All counsel *(via ECF)*

2